IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 06-55 ML |
| | : | |
| | : | In violation of 21 U.S.C. §§ |
| v. | : | 841(a)(1), (b)(1)(A), and |
| | : | (b)(1)(C); |
| | : | 18 U.S.C. § 924 (c)(1)(A)(i) |
| RAFAEL HUMERO MEDINA | : | |

# INDICTMENT

The Grand Jury charges that:

## COUNT I

On or about May 9, 2006, in the District of Rhode Island, the defendant, RAFAEL HUMERO MEDINA, did knowingly and intentionally possess with intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

## COUNT II

On or about May 9, 2006, in the District of Rhode Island, the defendant, RAFAEL HUMERO MEDINA, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT III

On or about May 9, 2006, in the District of Rhode Island, the defendant, RAFAEL HUMERO MEDINA, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, did knowingly and intentionally possess a firearm, to wit, a Bryco Arms, model Jennings 9, 9 mm semi-automatic pistol, serial number 1439067, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

A TRUE BILL:

Grand Jury Foreperson

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHANIE S. BROWNE
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney
Chief, OCDETF

Dated: May 10, 2006

INDICTMENT ATTACHMENT
RAFAEL HOMERO MEDINA

Penalties:

Count I - life in prison; 10 years mandatory minimum; life supervised release, 5 years mandatory minimum; $4,000,000 fine; $100 special assessment

Count II - 20 years imprisonment; life supervised release, 3 years mandatory minimum; $1,000,000 fine; $100 special assessment

Count III - 5 years consecutive to drug sentence.