AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Rafael Medina

APPEARANCE

CASE NUMBER: CR 06-55 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Rafael Medina

I certify that I am admitted to practice in this court.

May 10, 2006
*Date*

[signature]
*Signature*

David A. Cooper — 1981
*Print Name* — *Bar Number*

127 Dorrance St
*Address*

Prov., R.I. 02903
*City* *State* *Zip Code*

401-273-1880 — 331-2336
*Phone Number* — *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.