AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: CR06-55ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Rafael Medina

6-1-06

*Date*

John M Cicilline

*Signature*

JOHN M CICILLINE

*Print Name*

387 atwells av

*Address*

Prov R.I 02909

*City* *State* *Zip Code*

273-5600

*Phone Number*