AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
V.
Rafael Humero Medina

## EXHIBIT AND WITNESS LIST

Case Number: CR 06-055ML

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mary M. Lisi | AUSA Stephanie S. Browne | John M. Cicilline |
| **TRIAL DATE (S)** Sentencing Hearing 1/26/2007 | **COURT REPORTER** Karen Wischnowsky | **COURTROOM DEPUTY** John Duhamel |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | W-1 Michael Naylor |
| | A | 1/26/07 | x | | dresser - open drawer |
| | B | 1/26/07 | x | | dresser - open drawer |
| | | | | | W-2 Clavel Medina |
| 1 | | 1/26/07 | | x | set of documents, including DCYF Application for Boarding Children |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.