IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 06-055ML |
| | ) | |
| RAFAEL HOMERO MEDINA | ) | |

MOTION TO DISMISS COUNT III

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby moves to dismiss count III pursuant to the plea agreement entered into by the government and the Defendant, Rafael Homero Medina.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant U.S. Attorney

Granted.
Mary M. Lisi
USDJ 2/23/07

CERTIFICATION OF SERVICE

On this 26th day of January, 2007, I caused the Government's Motion to Dismiss Count III to be filed in Court and hand delivered a copy to counsel for defendant, John M. Cicilline.

STEPHANIE S. BROWNE
Assistant U.S. Attorney