**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR No. : 06-055-ML** |
| | : | |
| **RAFAEL HUMERO MEDINA** | : | **February 26, 2007** |

**NOTICE OF APPEAL**

Notice is hereby given of the defendants Appeal from judgment of conviction entered as an order of this Court the 23rd day of February 2007.

Respectfully submitted,
Rafael Humero Medina,
By his Attorney,

/s/ *JOHN M CICILLINE*

John M. Cicilline, Esq. #3350
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on February 26, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN M. CICILLINE*