UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

February 27, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-055ML **CCA# ____________**
USA v. Rafael Humero Medina

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By__________________
John Duhamel
Deputy Clerk

Encl.: **Case file**
**J&C's Statement of Reasons [sealed]; PSR [sealed]**
**Certified docket**