DC 12 (Rev 8/82)

APPLICATION TO PROCEED IN FORMA PAUPERIS,
SUPPORTING DOCUMENTATION & ORDER

| United States District Court | DISTRICT OF RHODE ISLAND |
|---|---|
| CASE TITLE<br>U S A v. RAFAEL MEDINA | DOCKET NO.<br>APPEAL NO. 07-1379 -<br>MAGISTRATE CASE NO.<br>DKT. 1:06-CR-00055-01ML |

I RAFAEL MEDINA, declare that I am the (check appropriate box)

☐ petitioner/plaintiff ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant ☒ Appellant (other)

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

USSG ISSUES: SAFETY VALVE

INEFFECTIVE ASSISTANCE OF COUNSEL

In further support of this application, I answer the following questions.

1. Are you presently employed? Yes ☒ XX No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   FCI SEAGOVILLE ORDERLY $5.25 PER MONTH

   PO BOX 9000
   SEAGOVILLE TX 75159

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment Yes ☐ No ☒ xx
   b. Rent payments, interest or dividends? Yes ☐ No ☒ xx
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☒ xx
   d. Gifts or inheritances? Yes ☐ No ☒ xx
   e. Any other sources? Yes ☐ No ☒ xx

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings account?

   Yes ☐ No ☒ (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐ No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I AM MARRIED WITH THREE CHILDREN (TWO MINORS)

SUPPORT $0.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5/31/2007 (Date)

[signature] Signature of Applicant

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant herein has the sum of $ 246.78 on account to his credit at the Commissary institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: FCI Seagoville

D. Price [signature] Counselor

Authorized Officer of Institution FCI Seagoville

## ORDER OF COURT

| | |
|---|---|
| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
| United States Judge — Date | United States Judge — Date |