June 1, 2007

United States District Court
District of Rhode Island
**Office of the Clerk**
One Exchange Terrace
Providence, RI 02903

RECEIVED
JUN 08 2007
Property of U.S. District Court
District of Rhode Island

Ref: USA V RAFAEL MEDINA
DKT. NO. **1:06-CR-00055-01ML**

Dear Clerk:

Enclosed please find my APPLICATION TO PROCEED IN FORMA PAUPERIS in the above-styled matter, to be filed with the Court. I received a letter from the Court of Appeals indicating that I should file said Application by this date or my direct appeal would be dismissed.

At this time I am requesting to be allowed to proceed in forma pauperis in my direct appeal because I do not have financial means, neither support from my relatives outside. The few remaining dollars in my trust account, as certified in the attached Application, are to be used for my daily needs and I expect no more money to be sent in.

An additional copy is also enclosed for your records.

Your attention to this matter is greatly appreciated. Copy is also sent to the Court of Appeals, First Circuit, at 1 Courthouse Way, Suite 2500, Boston, MA 02210.

Very Truly Yours,

Rafael Medina
Reg. 05748-070
FCI
PO Box 9000
Seagoville, TX 75159-9000