OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

May 25, 2007

Rafael Medina
Reg. No. 05748-070
FCI Seagoville
P.O. Box 9000
Seagoville, TX 75159-9000

Re: United States v. Medina
Appeal no. 07-1379

Dear Mr. Medina:

This letter will acknowledge receipt of your recent correspondence dated May 20, 2007. Please be advised that we have made a docketing note of your new address at FCI Seagoville in Seagoville, Texas.

With respect to the default notice that issued on May 18, 2007, please be advised that you are presently in default as a result of your failure to pay the $455.00 filing fee or to apply for in forma pauperis status in the district court. I am enclosing an application to proceed in forma pauperis for your review. If you have not already done so, by June 1, 2007, you must file a motion to proceed IFP and a financial affidavit in the district court and provide this court with proof of filing. You should contact your attorney directly if you need assistance with your IFP application. If the district court denies your motion, you may refile your IFP motion and financial affidavit in the court of appeals.

I hope this information is helpful to you.

Sincerely,

Richard Cushing Donovan, Clerk

By: ______________________
Chief Deputy Clerk.

MHC:lb

cc: John M. Cicilline, Esq.
enc.