UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 21, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-055ML **CCA# 07-1379**
USA v. Rafael Humero Medina

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By ______________________
John Duhamel
Deputy Clerk

Encl.: **Doc# 30 (transcript of 8/29/06 C/Plea Hearing)**
**Doc#31 (transcript [2 vols.] of 1/26/07, 2/23/07 Sentencing Hearings)**
**Certified docket**