UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DIMARZIO
CLERK OF COURT

August 24, 2007

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CR 06-055ML **CCA# 07-1379**
USA v. Rafael Humero Medina

Dear Clerk of Court:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL and a certified copy of the docket entries .

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By J. Duhamel
John Duhamel
Deputy Clerk

Encl.: **Doc# 33 (transcript of 9/12/2006 C/Plea Hearing)**
**Certified docket**