Cr: 06-55
J. Lisi
Papers to follow

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1379

UNITED STATES,

Appellee,

v.

RAFAEL HUMERO MEDINA,

Defendant, Appellant.

Before

Boudin, Chief Judge,
Torruella and Lynch, Circuit Judges.

JUDGMENT

Entered: June 4, 2008

We have reviewed the record and the parties' submissions. We affirm on the ground that appellant, Rafael Humero Medina ("Medina"), forfeited his right to challenge the effectiveness of the written appeal waiver by failing to address the matter in his opening brief. See United States v. Miliano, 480 F.3d 605, 608 (1st Cir. 2007). No "clear and gross injustice" will result if we enforce the waiver. Id. This conclusion has no bearing on whether Medina may pursue his claims of ineffective assistance of counsel in a collateral action pursuant to 28 U.S.C. § 2255. Those claims are not cognizable here, as they depend on factual matters outside the record. See United States v. Leahy, 473 F.3d 401, 410 (1st Cir. 2007). We deny Medina's request for a remand to allow the district court to reconsider his sentence under the new crack cocaine sentencing guidelines, but we note that he is free to pursue that matter through the filing of a motion in the district court pursuant to 18 U.S.C. § 3582(c)(2).

Affirmed. See 1st Cir. R. 27.0(c).

By the Court:

/s/ Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** JUN 30 2008

cc:
Robert L. Ullmann
Donald Lockhart
Stephanie S. Browne