UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR 06-55-01ML

RAFAEL HUMERO MEDINA

ORDER

The Government is hereby ordered to file its response to "Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(C)(2)" on or before **September 19, 2008.**

SO ORDERED

Mary M. Lisi
Chief U.S. District Judge
August 25 , 2008

Entered as an Order of this Court on August 25 2008.

Deputy Clerk